PD-0704-15       August 28, 2015

Clerk's Office
Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711
     Re: PD-0704-15

Dear Clerk:

Please file the motion enclosed herewith and bring it to the attention of the Court.

Please also inform me of the Court's decision at the address listed below. Please note that this address may be different from the one currently in your system as your last postcard to me was delayed by several weeks.

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 01 2015
Abel Acosta, Clerk

Sincerely yours,

X _Anthony David Teague_
Anthony David Teague
TDCJ-ID#: 1976916
O.L. Luther Unit
1800 Luther Drive
Navasota, TX 77868

No. PD-0704-15

IN THE
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

---

ANTHONY DAVID TEAGUE,
Petitioner

V.

THE STATE OF TEXAS
Appellee

---

From Appeal No. 06-14-00053-CR
Trial Court No. 366-82919-2013

## MOTION TO WITHDRAW PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Anthony David Teague, Petitioner, and files this Motion to Withdraw Petition for Discretionary Review. Petitioner believes that his interests would best be served if he could withdraw the petition he filed on July 30, 2015 so that the mandate may issue and he proceed with his Application for a Writ of Habeas Corpus under Art. 11.07 Texas CCP as soon as possible.

WHEREFORE, premises considered, Petitioner prays his motion in all things be granted.

X _Anthony David Teague_
Anthony David Teague
Petitioner

# CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document has been forwarded via U.S. Mail, First Class, postage prepaid to attorney for the State John R. Rolater, Jr. at 2100 Bloomdale Ste. 200 McKinney, TX 75071 and State Prosecuting Attorney at P.O. Box 12405 Austin, TX 78711 on this the 28th day of August, 2015.

X _Anthony David Teague_

Anthony David Teague

TDCJ-ID#: 1976916

O.L Luther Unit

1800 Luther Drive

Navasota, TX ~~78201~~ 77868